UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MATEUS NOGUEIRA,,**

    Plaintiff,

v.     Case No: 8:16-CV-3513-T-27AEP

**NAVIENT SOLUTIONS, INC.,**

    Defendants.

_____

**ORDER**

    **BEFORE THE COURT** is the parties' Joint Stipulation for Final Order of Dismissal With Prejudice (Dkt. 38). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** this 12th day of July, 2018.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record